**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alexander Savov** | Social Security number or ITIN **xxx–xx–5947** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **19–00889**

# Order of Discharge                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alexander Savov

April 15, 2019                          **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                           United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                        Case No. 19-00889-JSB
Alexander Savov                                               Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin              Page 1 of 1        Date Rcvd: Apr 15, 2019
                              Form ID: 318             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2019.
db             +Alexander Savov,    4 N 701 Petersdorf Road,    West Chicago, IL 60185-1248
27442254       +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
27442255       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
27442260       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
27442261       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
27442262       +Citicards Cbna,   Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
27442263       +Costco Go Anywhere Citicard,    Centralized Bk/Citicorp Credit Card Srvs,    Po Box 790040,
                 St Louis, MO 63179-0040
27442270       +Simmons Bank,   Attn: Bankruptcy,    Po Box 7009,    Pine Bluff, AR 71611-7009
27442271       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
27442253       +EDI: AMEREXPR.COM Apr 16 2019 05:58:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
27442256        EDI: CAPITALONE.COM Apr 16 2019 06:03:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
27442257       +EDI: CAPITALONE.COM Apr 16 2019 06:03:00      Capital One / Costco,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
27442258        E-mail/Text: bankruptcy@cavps.com Apr 16 2019 02:33:54      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
27442259       +EDI: CHASE.COM Apr 16 2019 05:58:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
27442264       +EDI: DISCOVER.COM Apr 16 2019 05:58:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
27442265       +EDI: CBSKOHLS.COM Apr 16 2019 05:58:00      Kohls/Capital One,    Kohls Credit,    Po Box 3120,
                 Milwaukee, WI 53201-3120
27442265       +E-mail/Text: bncnotices@becket-lee.com Apr 16 2019 02:32:36      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
27442266       +E-mail/Text: bk@lendingclub.com Apr 16 2019 02:34:13      Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
27442267       +E-mail/Text: bk@lendingclub.com Apr 16 2019 02:34:14      LendingClub,    Attn: Bankruptcy,
                 71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
27442268        E-mail/Text: camanagement@mtb.com Apr 16 2019 02:33:00      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
27442269       +EDI: PRA.COM Apr 16 2019 05:58:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                      Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              Iana Trifonova    on behalf of Debtor 1 Alexander  Savov trifonovalaw@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    tspringer@springerbrown.com, IL85@ecfcbis.com;mspringer@springerbrown.com
                                                                                             TOTAL: 3
```